# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| MICHELE M. SIMMSPARRIS,<br>　　　　Plaintiff,<br><br>　　v.<br><br>COUNTRYWIDE FINANCIAL CORP. and<br>COUNTRYWIDE HOME LOANS, INC.,<br>　　　　Defendants. | Civ. Action No. 08-2434 (KSH)<br><br><br>**ORDER** |

**Katharine S. Hayden, U.S.D.J.**

This matter having been opened to the Court by the parties' cross motions for summary judgment (D.E. #43 and 48); and the Court having reviewed the submissions thereon and having heard oral argument on October 22, 2009; and for the reasons stated on the record,

It is on this 26th day of October, 2009,

**ORDERED** that defendants' motion for summary judgment (D.E.43) is **granted**, and plaintiff's cross motion for summary judgment (D.E.48) is **denied**. The Clerk of the Court is directed to close this case.

　　　　　　　　　　　　　　　　　　　　/s/ Katharine S. Hayden
　　　　　　　　　　　　　　　　　　　　Katharine S. Hayden, U.S.D.J.